LAW OFFICES OF
# KEVIN J. REDDINGTON

ASSOCIATE
PATRICK H. REDDINGTON

WILLIAMSBURG SQUARE
SUITE 203
1342 BELMONT STREET
BROCKTON, MASSACHUSETTS
02301

(508) 583-4280  (508) 580-6186
FAX (508) 588-2174
CELL (508) 726-4819
E-MAIL - kevinreddington@msn.com

January 29, 2024

Tim Maynard
Courtroom Clerk to Hon. Richard G. Stearns
United States District Court
1 Courthouse Way, Suite 710
Boston, MA  02210

RE:   United States vs. Richard Evans
      No. 21-CR-10093-RGS

Dear Mr. Maynard:

    Please be advised that Judge Davis has ordered me to trial on the manslaughter trial of Commonwealth vs. Jeffrey Etienne which is a week or so prior to the scheduled trial of the above captioned matter therefore counsel is advising the Court that he may be on trial on the Etienne matter in Brockton Superior Court. A copy of the docket sheet is annexed hereto and incorporated herein by reference.

    Thank you for your attention.

Very truly yours,

Kevin J. Reddington

KJR/lam
Encl
cc  Kunal Pasricha, Assistant United States Attorney

## 2183CR00271 Commonwealth vs. Etienne, Jeffrey Patrick

- Case Type:
- Indictment
- Case Status:
- Open
- File Date
- 07/30/2021
- DCM Track:
- C - Most Complex
- Initiating Action:
- MANSLAUGHTER c265 §13
- Status Date:
- 09/02/2021
- Case Judge:

- Next Event:
- 02/27/2024

| All Information | Party | Charge | Event | Tickler | Docket | Disposition |

### Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 09/02/2021 09:00 AM | Criminal 1 Brockton | | Arraignment | | Held as Scheduled |
| 11/23/2021 09:00 AM | Criminal 1 Brockton | | Pre-Trial Conference | | Held as Scheduled |
| 02/17/2022 09:30 AM | Criminal 1 Brockton | | Pre-Trial Conference | | Held as Scheduled |
| 05/12/2022 02:00 PM | Criminal 1 Brockton | | Filing of Motions | | Held as Scheduled |
| 08/05/2022 09:30 AM | Criminal 1 Brockton | | Filing of Motions | | Held as Scheduled |
| 10/26/2022 02:00 PM | Criminal 1 Brockton | | Lobby Conference | | Not Held |
| 05/11/2023 09:00 AM | Criminal 2 Brockton | | Conference to Review Status | | Rescheduled |
| 05/11/2023 02:00 PM | Criminal 2 Brockton | | Conference to Review Status | | Rescheduled |
| 05/30/2023 03:00 PM | Criminal 2 Brockton | | Conference to Review Status | | Not Held |
| 07/27/2023 02:00 PM | Criminal 2 Brockton | | Trial Assignment Conference | | Held as Scheduled |
| 10/19/2023 02:00 PM | Criminal 4 Plymouth | | Lobby Conference | | Held as Scheduled |
| 01/25/2024 02:00 PM | Criminal 2 Brockton | BRO-2nd FL, CR2 (SC) | Motion Hearing | | Rescheduled |
| 01/26/2024 02:00 PM | Criminal 2 Brockton | BRO-2nd FL, CR2 (SC) | Motion Hearing | | Held as Scheduled |
| 02/01/2024 02:00 PM | Criminal 2 Brockton | BRO-2nd FL, CR2 (SC) | Final Pre-Trial Conference | | Rescheduled |
| 02/27/2024 03:00 PM | Criminal 2 Brockton | BRO-2nd FL, CR2 (SC) | Final Pre-Trial Conference | | |
| 03/04/2024 09:00 AM | Criminal 2 Brockton | BRO-2nd FL, CR2 (SC) | Jury Trial | | |